# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIMOTHY C. HOUSE, JR. & CINDY D. HOUSE  Case Number: 04-74101
567 DARTMOORE DRIVE   SSN-xxx-xx-7307 & xxx-xx-6639
CRYSTAL LAKE, IL  60014

Case filed on: 8/16/2004
Plan Confirmed on: 12/21/2004

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $10,570.89        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 024 | TIMOTHY C. HOUSE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CARLYLE AUTO SALES | 4,290.00 | 4,290.00 | 1,600.23 | 985.51 |
| 002 | THOMAS D LUCHETTI PC | 4,713.00 | 4,713.00 | 2,099.99 | 424.60 |
| 003 | HOUSEHOLD FINANCIAL SERVICES INC | 5,371.96 | 298.09 | 298.09 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 6,851.00 | 1,067.35 | 1,067.35 | 1,117.66 |
| 020 | WINNEBAGO COUNTY TREASURER | 2,711.00 | 422.37 | 422.37 | 442.26 |
|  | Total Secured | 23,936.96 | 10,790.81 | 5,488.03 | 2,970.03 |
| 001 | CARLYLE AUTO SALES | 0.76 | 0.76 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 3,899.00 | 3,899.00 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 252.25 | 252.25 | 0.00 | 0.00 |
| 006 | AMCORE BANK NA | 6,158.78 | 6,158.78 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 655.42 | 655.42 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NICOR GAS | 688.72 | 688.72 | 0.00 | 0.00 |
| 012 | ROCK RIVER WATER RECLAMATION | 374.58 | 374.58 | 0.00 | 0.00 |
| 013 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH SYSTEMS/ | 160.96 | 160.96 | 0.00 | 0.00 |
| 015 | SBC MIDWEST | 206.63 | 206.63 | 0.00 | 0.00 |
| 016 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COTTONWOOD FINANCIAL | 240.00 | 240.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 116.46 | 116.46 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 130.00 | 130.00 | 0.00 | 0.00 |
| 023 | CHECK IT | 229.34 | 229.34 | 0.00 | 0.00 |
|  | Total Unsecured | 13,112.90 | 13,112.90 | 0.00 | 0.00 |
|  | Grand Total: | 38,413.86 | 25,267.71 | 6,852.03 | 2,970.03 |

Total Paid Claimant:     $9,822.06
Trustee Allowance:       $748.83         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/25/2007          By  /s/Heather M. Fagan